UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Progressive Northwestern Insurance Co. et al | ) | |
| | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:17-cv-01098 UNA |
| | ) | |
| | ) | |
| Brandon Law, et al | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER

The above styled and numbered case was filed on March 27, 2017 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Stephen N. Limbaugh, Jr., United States District Judge, under cause number 1:17-cv-00048.

**IT IS FURTHER ORDERED** that cause number 4:17cv-01098 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: 3/27/2017

By: Jason W. Dockery
Case Initiation Team Leader

**In all future documents filed with the Court, please use the following case number 1:17-cv-00048 SNLJ.**